# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LYNN STONECIPHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>　　　　　Defendant.<br>_____ / | Case No. 1:13-cv-01673-SKO<br><br>**ORDER**<br><br>(Doc. 17) |

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses (Doc. 17), IT IS HEREBY ORDERED that fees and expenses in the amount of $4,350.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

　　Dated:　**December 31, 2014**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE